**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIAH HEREFORD, an individual; MONETT HEREFORD, an individual; and RYAN GADISON, an individual<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF HEMET, a municipal entity; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 5:22−cv−00394−JWH−SHK<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**District Judge:** Hon. John W. Holcomb<br>**Magistrate Judge:** Hon. Shashi H. Kewalramani<br>**Complaint Filed:** March 3, 2022<br>**Trial Date:** May 24, 2024 |

1

| | |
|---|---|
| 1 | Good cause existing, it is hereby **ORDERED** as follows: |
| 2 | 1.    The Parties' stipulated request that Plaintiffs be granted leave to amend |
| 3 | to file their Second Amended Complaint is **GRANTED**. |
| 4 | 2.    Plaintiffs are **DIRECTED** to file their Second Amended Complaint no |
| 5 | later than March 31, 2023.  Plaintiffs are also **DIRECTED** to file contemporaneously |
| 6 | therewith a Notice of Revisions to First Amended Complaint that provides the Court |
| 7 | with a redline version that shows the amendments. |
| 8 | 3.    Defendant is **DIRECTED** to file its response to Plaintiffs' Second |
| 9 | Amended Complaint no later than April 14, 2023. |
| 10 | **IT IS SO ORDERED.** |

Dated: March 21, 2023

By: *[signature]*
Hon. John Holcomb
UNITED STATES DISTRICT JUDGE