ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
DIANA ESQUIVEL
Deputy Attorney General
State Bar No. 202954
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7320
  Facsimile: (916) 322-8288
  E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendant Michael Bell*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **MARIAH HEREFORD, et al.,** | No. 5:22-cv-00394 JWH-SHK |
| Plaintiffs, | **JOINT REQUEST FOR DECISION ON SUBMITTED MOTIONS FOR SUMMARY JUDGMENT [L.R. 83-9.2]** |
| **v.** | |
| **CITY OF HEMET, et al.,** | Judge:        Hon. John W. Holcomb |
| Defendants. | Trial Date:    Vacated<br>Action Filed: March 3, 2022 |

Under Local Rule 83-9.2, the parties, by and through their counsel of record, respectfully remind the Court that more than 120 days have passed since the Court took their respective Motions for Summary Judgment (ECF Nos. 105, 108, 110) under submission following oral argument on September 27, 2024. The parties jointly request that the Court issue a decision on the submitted matters.

1 | Dated:  June 11, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General

LA2022301468
39089275

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Bell*

Dated:  June 11, 2025

**ALEXANDER MORRISON + FEHR LLP**

**TONI JARAMILLA, APLC**

By: /s/ *Jacqueline Gil*

   J. Bernard Alexander, III
   Toni J. Jaramilla
   Jacqueline Gil
*Attorneys for Plaintiffs*

Dated:  June 11, 2025

**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ *Andrea K. Kornblau*

   Eugene P. Ramirez
   Andrea Kornblau
   Khouloud E. Pearson
*Attorneys for Defendants City of Hemet and Officer Sobaszek*

**SIGNATURE ATTESTATION**

Under Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed above, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

*/s/ Diana Esquivel*
Diana Esquivel