JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH HEREFORD, an individual; MONETT HEREFORD, an individual; and RYAN GADISON, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF HEMET, a municipal entity; OFFICER M. BELL, an individual; STATE OF CALIFORNIA, a public entity; OFFICER P. SOBASZEK, an individual; and DOES 4 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 5:22-cv-00394-JWH-SHKx<br><br>**JUDGMENT** |

Pursuant to the "Order Denying Plaintiffs' Motion for Summary Judgment [ECF No. 105] and Granting Defendants' Motions for Summary Judgment [ECF Nos. 108 & 110]" entered substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 & 1343(a)(3)-(4).
2. Fictitiously named Defendants Does 4-25 are **DISMISSED.**
3. Defendant State of California was **DISMISSED** on or about March 4, 2024.
4. The operative pleading is the Second Amended Complaint [ECF No. 55] of Plaintiffs Mariah Hereford, Monett Hereford, and Ryan Gadison (collectively, "Plaintiffs").
5. Defendants City of Hemet, Officer M. Bell, and Officer P. Sobaszek shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiffs. Plaintiffs shall take nothing by way of their Second Amended Complaint. This action is **DISMISSED.**
6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: July 17, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE