1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIAH HEREFORD, an individual; MONETT HEREFORD, an individual; and RYAN GADISON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HEMET, a municipal entity; and Does 1 through 25, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-00394-JWH-SHK<br><br>**AMENDED ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING APPEAL**<br><br>**District Judge:** Hon. John W. Holcomb<br>**Magistrate Judge:** Hon. Shashi H. Kewalramani<br>**Complaint Filed:** March 3, 2022 |

1

ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING APPEAL

Having considered the briefing on Plaintiffs' unopposed motion for an order staying all proceedings regarding costs in this action until 30 days after the completion of all appellate proceedings and for good cause shown, it is hereby **ORDERED** as follows:

1. All proceedings regarding costs are **STAYED** until further order of this Court. Any party may move at any time to modify or vacate the stay, for good cause shown.

2. The parties are **DIRECTED** to file no later than December 12, 2025, and every 90 days thereafter, a Joint Status Report that advises the Court regarding the posture of the appeal.

**IT IS SO ORDERED.**

Dated: September 15, 2025

By: _____
Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE